IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY HALFACRE
ADC # 84410                                                                    PLAINTIFF

v.                              No. 5:14-cv-191-DPM-JTK

RAY HOBBS, Director, ADC, and
RAY NAYLOR, Disciplinary
and Internal Affairs Administrator,
ADC                                                                            DEFENDANTS

ORDER

Motion for reconsideration, № 9, denied. The current allegation is conclusory, lacks particulars, and is implausible as pleaded. The Court cautions Halfacre against trying to argue every issue twice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

9 July 2014