IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY HALFACRE,                                                      PLAINTIFF
ADC #84410

v.                        No. 5:14-cv-191-DPM-JTK

RAY HOBBS, Director, Arkansas
Department of Correction; and
RAY NAYLOR, Disciplinary and
Internal Affairs Administrator, ADC                  DEFENDANTS

ORDER

On *de novo* review, FED.R.CIV.P. 72(b)(3), the opposed recommendation is adopted. № 18. Defendants' motion to dismiss, № 14, is granted. Defendants' motion to stay discovery, № 20, is denied as moot. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 October 2014