IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY HALFACRE,                                                    PLAINTIFF
ADC #84410

v.                               No. 5:14-cv-191-DPM

RAY HOBBS, Director, Arkansas
Department of Correction;
RAY NAYLOR, Disciplinary and
Internal Affairs Administrator, ADC;
KEITH WADDLE, Disciplinary Hearing
Officer, ADC; and JUSTINE MINOR,
Disciplinary Hearing Officer, ADC                                  DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 October 2014